No. 22-2254

_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE SEVENTH CIRCUIT

_____

**PATRICK THOMPSON,**

*Appellant,*

v.

**UNITED STATES OF AMERICA**

*Appellee.*

_____

On Appeal From The United States District Court
For the Northern District of Illinois Eastern Division
In Case No. 21 CR 279
Hon. Franklin U. Valderrama

_____

### DOCKETING STATEMENT

### I.      Jurisdiction of the District Court

Defendant-Appellant Patrick Thompson was charged in the Indictment with violations of 18 U.S.C. § 1014 (Counts 1 and 2) and 26 U.S.C. § 7206(1) (Counts 3–7). The District Court for the Northern District of Illinois had original jurisdiction pursuant to 18 U.S.C. § 3231.

### II.      Jurisdiction of the Court of Appeals

Mr. Thompson appeals the final judgment of conviction entered in the United States District Court for the Northern District of Illinois by the Honorable Judge Franklin U. Valderrama, as well as from all other adverse rulings in the case.

On February 14, 2022, the jury returned a verdict of guilty on all charges of the Indictment. On July 12, 2022, the district judge entered a final judgment of conviction and sentenced Mr. Thompson to four months' imprisonment on all counts, to be served concurrently. The Court of Appeals for the Seventh Circuit has jurisdiction under 28 U.S.C. § 1291.

### III.  Notice of Appeal

Mr. Thompson filed a timely Notice of Appeal on July 14, 2022.

Dated: July 21, 2022                    Respectfully submitted,

                                         /s/Chris Gair _____
                                        Chris Gair (Counsel of Record)
                                        Jeffrey Eberhard
                                        Gair Eberhard Nelson Dedinas Ltd.
                                        1 East Wacker Drive, Suite 2600
                                        Chicago, Illinois 60601
                                        (312) 600-4900
                                        cgair@gairlawgroup.com
                                        jeberhard@gairlawgroup.com